AKERMAN LLP
601 W. FIFTH STREET.SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| BRENDA ROBINSON, *on behalf of herself and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>INSURANCE CARE DIRECT, INC.,<br><br>Defendant, | Case No. 3:20-CV-01033-VC<br><br>The Hon. Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND DEFENDANT INSURANCE CARE DIRECT, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: February, 10, 2020 |

GOOD CAUSE APPEARING THEREFORE IN THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that:

The deadline for Defendant INSURANCE CARE DIRECT, INC. to file its response to the Complaint, Docket Entry No. 1 is extended from March 20, 2020, to April 3, 2020.

DATED: March 30, 2020

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE