UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSURANCE CARE DIRECT, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-01033-VC<br><br>**ORDER DENYING MOTION TO TRANSFER WITHOUT PREJUDICE AND GRANTING STAY**<br><br>Re: Dkt. Nos. 21, 29, 31 |

　　The parties' request to stay the case pending mediation is granted. A status report is due seven days after the conclusion of the mediation. The motion to transfer is denied without prejudice; the motion may be renewed when the stay is lifted. The case management conference scheduled for June 10, 2020, is vacated.

　　**IT IS SO ORDERED.**

Dated: May 18, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge