1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AKERMAN LLP
601 W. FIFTH STREET. SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

BRENDA ROBINSON, *on behalf of herself and others similarly situated,*

Plaintiffs,

v.

INSURANCE CARE DIRECT, INC.,

Defendant,

Case No. 3:20-CV-01033-VC

The Hon. Vince Chhabria

**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Complaint Filed: February, 10, 2020

1  **GOOD CAUSE APPEARING THEREFORE IN THE STIPULATION OF**

2  **THE PARTIES, IT IS HEREBY ORDERED** that:

3       The above-captioned action is dismissed with prejudice as to Plaintiff Robinson

4  and without prejudice to the claims of putative class members, with each party to bear

5  its own fees, expenses, and costs.

6

7  DATED: _____8/7/2020_____

8                              HON. VINCE CHHABRIA
                            UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP

601 W. FIFTH STREET.SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

54066959;1